United States District Court
Southern District of Texas
**ENTERED**
June 02, 2023
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| DWAYNE COOPER, *et al.*, § | |
| § | |
| Plaintiffs. § | |
| § | |
| V. § | CIVIL ACTION NO. 4:21-CV-01060 |
| § | |
| PROJECT RESOURCES GROUP, § | |
| INC., § | |
| § | |
| Defendant. § | |

### ORDER ADOPTING MAGISTRATE JUDGE'S MEMORANDUM AND RECOMMENDATION

On January 18, 2023, Defendant's Motion for Summary Judgment (Dkt. 27) was referred to United States Magistrate Judge Andrew M. Edison under 28 U.S.C. § 636(b)(1)(B). Dkt. 33. Plaintiff's response in opposition was styled as cross motion for partial summary judgment. *See* Dkt. 28. Judge Edison filed a Memorandum and Recommendation on May 11, 2023, recommending that both motions be **DENIED**, and this case proceed to trial. Dkt. 44.

No objections have been filed to the Memorandum and Recommendation. Accordingly, the Court reviews the Memorandum and Recommendation for plain error on the face of the record. 28 U.S.C. § 636(b)(1); *see also* FED. R. CIV. P. 72(b)(3).

Based on the pleadings, the record, and the applicable law, the Court finds that there is no plain error apparent from the face of the record. Accordingly, it is hereby **ORDERED and ADJUDGED** that:

2

(1) Judge Edison's Memorandum and Recommendation (Dkt. 44) is **APPROVED and ADOPTED** in its entirety as the holding of the Court; and

(2) Defendant's Motion for Summary Judgment (Dkt. 27) and Plaintiff's Cross Motion for Partial Summary Judgment (Dkt. 28) are **DENIED**.

It is so **ORDERED**.

SIGNED and ENTERED this 2nd day of June, 2023.

*George C. Hanks Jr.*
GEORGE C. HANKS, JR.
UNITED STATES DISTRICT JUDGE